1  Andrea S. Carlise (SBN 151648)
Eric R. DeWalt (SBN 138560)
2  PATTON♦WOLAN♦CARLISE, LLP
3  1999 Harrison Street, Suite 1350
Oakland, CA  94612-3582
4  Telephone:   (510) 987-7500
Facsimile:    (510) 987-7575
5

6  Attorneys for Defendants WEST CONTRA COSTA
HEALTHCARE DISTRICT, HURON CONSULTING
7  SERVICES, LLC and DAWN M. GIDEON

8  **EXEMPT FROM FILING FEES (GOV. CODE § 6103)**
**with respect to WEST CONTRA COSTA HEALTHCARE**
9  **DISTRICT only**

10

11                      UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13

14  IK SUNG, M.D.,                                    Case No.:  CV-14-04944 CRB

15                      Plaintiff,                    **STIPULATION OF DISMISSAL**
                                                      **AND ORDER**
16         vs.

17  WEST CONTRA COSTA HEALTHCARE               Honorable Charles R. Breyer
    DISTRICT, a government entity, HURON
18  CONSULTING SERVICES, LLC, DAWN M.          Complaint Filed:   December 19, 2012
    GIDEON and DOES 1 through 30, inclusive,   Removal Filed:     November 6, 2014
19
20                      Defendants.

21

22

23         WHEREAS, Plaintiff  IK SUNG, M.D. ("Plaintiff") filed an Amended Complaint for

24  Intentional Interference with Prospective Business Advantage, Negligent Interference with Prospective

25  Business Advantage, Intentional interference with Contractual Relationship, Violation of Health and

26  Safety Code Section 1278.5, Denial of Due Process, and Violation of First Amendment Speech Rights

27  which was removed to this court on November 6, 2014; and

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                        (Case No. CV-14-04944 CRB)

1    WHEREAS Plaintiff and Defendants, WEST CONTRA COSTA HEALTHCARE DISTRICT,

2  HURON CONSULTING SERVICES, LLC, AND DAWN M. GIDEON ("WCCHD"), (collectively

3  "Parties") settled this matter on or about June 16, 2015;

4    IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their

5  respective attorneys of record, that the above-captioned action ("Action") should be dismissed with

6  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties further stipulate and

7  agree that as set forth in the Settlement Agreement between them, the Parties shall bear their own

8  attorneys' fees, expenses, and costs.

9    IT IS SO STIPULATED.

10  Dated:  June 24, 2015

11  PATTON WOLAN CARLISE, LLP

12  By:  /s/ Andrea S. Carlise_____

13
14    ANDREA S. CARLISE
      ERIC R. DeWALT
15    Attorneys for Defendants West Contra
      Costa County Healthcare District,
16    Huron Consulting and Dawn Gideon

10  Dated:  June 24, 2015

11  LAW OFFICES OF SOHNEN & KELLY

12  By: ____/s/ Patricia Kelly_____

14      HARVEY SOHNEN
        PATRICIA KELLY
15      Attorneys for Plaintiff Ik Sung, M.D.

17    The Court, having considered the Stipulation of Dismissal of the Parties, and good cause

18  appearing, therefor orders the following:

19  1.  This Action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil

20      Procedure 41(a)(1)(A)(ii).

21  2.  Each Party shall bear its own costs, expenses, and attorneys' fees.

22  3.  The Court shall retain jurisdiction over this Action to enforce the terms of the June 16, 2015

23      Settlement Agreement.

24    IT IS SO ORDERED

26  Dated:  July 7, 2015    _____

27                  CHARLES R. BREYER
                    UNITED STATES DISTRICT JUDGE

28

_____

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                    (Case No. CV-14-04944 CRB)